

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2018

No. 04-16-00593-CV

Alvin M. **BURNS** and I.M. Burns,
Appellants

v.

**DIMMIT COUNTY, TEXAS**, Roberto Ramirez, and Edward Dryden, Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC, Hope Balderas, Juan Morales Balderas, and Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

# O R D E R

Having considered the appellants' motion and the appellees' responses in opposition, the "Motion to (1) Bifurcate Oral Argument and (2) Withhold Consideration of the Non-Attorney Disqualification Issues" filed by appellants Alvin M. Burns and I.M. Burns is DENIED.

The main appeal and the cross-appeals have been set for formal submission and oral argument before this Court on December 11, 2018 at 9:00 A.M., before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Rios. The sealed portion of the appeal concerning the attorney disqualification issues is set for submission "on briefs" before the same panel on December 11, 2018.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this notice.

It is so ORDERED on October 29, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court